S. BRIAN KIM, Trustee UTA of S. BRIAN KIM, dated October 29, 1991 and HYEWON KIM, Trustee UTA of HYEWON KIM, dated October 29, 1991,

      Appellants,

v.

DESTINY BY THE SEA OWNERS ASSOCIATION, INC., a Florida not-for-Profit corporation,

      Appellee.

_____/

IN THE DISTRICT COURT OF APPEAL FIRST DISTRICT, STATE OF FLORIDA

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

CASE NO. 1D13-5835

Opinion filed August 6, 2014.

An appeal from the Circuit Court for Okaloosa County.
William F. Stone, Judge.

Robert O. Beasley and Phillip A. Pugh of Litvak, Beasley & Wilson, LLP, Pensacola, for Appellants.

Leslie D. Sheekley of Becker & Poliakoff, P.A., Fort Walton Beach, for Appellee.


PER CURIAM.

      AFFIRMED.

LEWIS, C.J., BENTON, and MARSTILLER, JJ., CONCUR.